# United States Court of Appeals for the Ninth Circuit
## Record Transmittal Form

Date:  June 13, 2006

To:    United States Court of Appeals     Attn:  (✓)    Civil
       For the Ninth Circuit
       Office of the Clerk                       ( )    Criminal
       95 Seventh Street
       San Francisco, California 94103           ( )    Judge

From:  United States District Court
       300 Ala Moana Blvd. Room C-338
       Honolulu, Hawaii 96813

DC No:              CV 02-00212 KSC         Appeal No:    04-16852

Short Title:        Machado vs. England

| | | |
|---|---|---|
| Clerk's Files in | 6 | volumes  (✓) original  ( ) certified copy |
| Bulky docs | | volumes (folders)   docket # |
| Reporter's Transcripts | 7 | volumes  (✓) original  ( ) certified copy<br>6/15/04, 6/18/04, 6/23/04, 6/24/04, 6/25/04, 6/28/04, 6/29/04, |
| Exhibits | | volumes  ( ) under seal |
| | | boxes  ( ) under seal |

Other:
-certified copy of docket sheet

Acknowledgment: _____  Date: _____

cc: all counsel