APPEAL, TERMED

# U.S. District Court
## District of Hawaii - CM/ECF V2.5 (11/05) (Hawaii)
## CIVIL DOCKET FOR CASE #: 1:02-cv-00212-KSC
### Internal Use Only

| | |
|---|---|
| Machado v. Johnson, et al | Date Filed: 04/16/2002 |
| Assigned to: JUDGE KEVIN S.C. CHANG | Jury Demand: Plaintiff |
| Demand: $0 | Nature of Suit: 442 Civil Rights: Jobs |
| Cause: 42:2000e Job Discrimination (Employment) | Jurisdiction: U.S. Government Defendant |

**Plaintiff**

**Arthur B. Machado, Jr.**    represented by    **Clayton C. Ikei**
1440 Kapiolani Blvd Ste 1203
Honolulu, HI 96814
533-3777
Email: CCIOffice@hawaii.rr.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jerry P.S. Chang**
1440 Kapiolani Blvd Ste 1203
Honolulu, HI 96814
533-3777
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Matthew J. Rinka**
Office of the United States Attorney
Prince Kuhio Federal Building
300 Ala Moana Blvd Ste 6100
Honolulu, HI 96850
541-2850
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Gordon R. England**    represented by    **Wes Porter**
*in his capacity as the Secretary of the Navy*    Office of the United States Attorney
*TERMINATED: 06/17/2003*    Prince Kuhio Federal Building
300 Ala Moana Blvd Ste 6100
Honolulu, HI 96850

[Handwritten annotations: "FOR YOUR INFO ONLY"; "Files (6)"; "Transcripts (7) (returned) from 9th Circuit"; "6/22/06 delivered by Warren Nakamura."]